| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC; ET AL., | CAUSE NO. 04-10050 NG |
| | CERTIFICATE OF SERVICE |
| Plaintiff/Petitioner | |
| vs. | |
| FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, D/BA/ ZBMED | |
| Defendant/Respondent | |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965)(Entered Into Force for the U.S. February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc., DBA
Process Forwarding International
(206) 623-8771
3258606

ORIGINAL
PROOF OF SERVICE

KOTIN, CRABTREE & STRONG LLP
617-227-7031
ONE BOWDOIN SQUARE
BOSTON, MA 02114-2925

AMTSGERICHT KÖLN
371 AR 4142/04

## ZUSTELLUNGSZEUGNIS / ATTESTATION / CERTIFICATE

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersignes authority has the honour to certify, in fonformity with article 6 of Convention,
L'autorité soussignées a l'honneur d'attester conformément à l'article 6 de ladite Convention.

1) daß der Antrag erledigt worden ist *) /that the document has been served *) /que la demande a été exécutée *)

- am (Datum): - the (date): /- le (date): 16.02.2004
- in (Ort, Straße, Nummer): - at (place, street, number): / - à (localité, rue, numéro)

**D-50931 Köln, Joseph-Stelzmann-Straße 9**

- in einer der folgenden Formen nach Artikel 5: - in one of the following methods authorised by article 5: / - dans une des formes suivantes prévues à l'article 5:

  a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
    in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *). /selon les formes légales (article 5, alinéa premier, lettre a) *)

  b) in der folgenden besonderen Form *): / in accordance with the following particular method *): / selon la forme particulière suivante *):

  c) durch einfache Übergabe *). / by delivery to the addressee, who accepted it voluntarily *). / par remise simple *).

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to: / Les documents mentionnßes dans la demande ont été remis à:
- (Name und Stellung der Person): - (identity and description of person): / - identité et qualité de la personne):

**die stellvertretende Bibliotheksdirektorin Frau Ursula Zängt-Kampf**

- Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
- relationship to the addresse, (family, business or other): / - liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
./.

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
that the document has not been served, by reasons of the following facts *): / que la demande n'a pas été exécutée, en raison des faits suivants *):
./.

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *)
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

**Anlagen** / Annexes / Annexes
**Zurückgesandte Schriftstücke:** / Documents returned: / Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropiate cases, documents establishing the service:
Le cas échéant, les documents justicatifs de l'exécution:



Ausgefertigt in
Done at / Fait à   D-50922 Köln

am
the/ le   04.03.2004

Unterschrift und /oder Stempel
Signature an/or stamp
Signature et/ou cachet.

(Weith)
Rechtspflegerin

*) Unzutreffendes streichen. / Delete if inappropriate / Rayer les

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extra judicial documents in civil or commercial matters, signed at the The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton,<br>910 5th Ave.<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c)2(a) Federal Rules of Civil Procedure | Justizminister des Landes Nordrhein-Westfalen<br>, Cecilienallee 3<br>40474 Dusseldorf, Germany<br><br>cops mailing address |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, In conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and Address)

**FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY D/B/A ZMED**

DOB:

**DEUTSCHE ZENTRALBIBIOTHEK FUER   MEDIZIN JOSEPH-STELZMANN-STRASSE 9**
**COLOGNE, 50931**                                  **Germany**          Phone:() -

[X] (a) in accordance with the provisions of sub-paragragh of article 5 of the Concention.*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragragh of article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annex* with a certificate as provided on the reverse side.

List of documents  Hearing Date:

EXECUTED "REQUEST" IN DUPLICATE; EXECUTED
"SUMMARY" IN DUPLICATE; "CERTIFICATE"
(UNEXECUTED) IN DUPLICATE; SUMMONS IN
DUPLICATE; COMPLAINT IN DUPLICATE
TRANSLATED SUMMONS IN DUPLICATE
TRANSLATED COMPLAINT IN DUPLICATE

Done at  Seattle, Wa. USA  , the 15th January 2004

Signature and/a stamp

(formerly OBD-116 which was formerly LAA
both of which may still be used)

3258606

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Rick Hamilton, 910 5th Ave., Seattle, Wa. 98104 USA

**Particulars of the parties\*:**
*Identité des parties:* Blackwell Publishing, Inc., Plaintiff
Federal State of Nordrhein-Westfalen, Germany d/b/a ZBMED
Defendant

### JUDICIAL DOCUMENT\*\*
### *ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* To give notice to the defendant of the institution against them of a claim for civil damages, and to summons them to answer to the complaint.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiff is seeking to recover civil damages, amount to be determined in court.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution:* Defenant has twenty days from receipt of the Summons to answer to the Complaint, address is noted on the Summons.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:* n/a

**Date of judgment\*\*:**
*Date de la décision:* n/a

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:* n/a

### EXTRAJUDICIAL DOCUMENT\*\*
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:** n/a
*Nature et objet de l'acte:*

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:* n/a

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

3

\*U.S. Government Printing Office: 1989-241-703/08779

# PFI PROCESS FORWARDING

910 5th Ave. Seattle, WA 98104  www.pfiserves.com
(800) 232-8854   Fax: (800) 786-4011

## PROCESS SERVICE INVOICE

| BILL TO: | |
|---|---|
| KOTIN, CRABTREE & STRONG LLP 617-227-7031 | INVOICE #: **3258606** |
| ONE BOWDOIN SQUARE | |
| BOSTON, MA 02114-2925 | DATE: Mar 16 2004 |
| ACCOUNT #: 102412 | BILL REF: ck28144 |
| ATTN: AMY C. MAINELLI | AMOUNT DUE: **$0.00** |

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |
| CASE NAME: | BLACKWELL PUBLISHING, INC; ET AL., vs. FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, D/BA/ ZBMED |
| CASE NUMBER: | 04-10050 NG   HEARING DATE: |
| SERVEE: | FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY D/B/A ZMED |
| PERSON SERVED: | URSULA ZANGT-KAMPT AUTHORIZED |
| SERVICE DATE: | Feb 16 2004 12:00AM   SERVED BY: |
| SERVICE ADDRESS: | DEUTSCHE ZENTRALBIBIOTHEK FUER MEDIZIN JOSEPH-STELZMANN-STRASSE 9 COLOGNE, 50931 |
| DOCUMENTS: | EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; SUMMONS IN DUPLICATE; COMPLAINT IN DUPLICATE TRANSLATED SUMMONS IN DUPLICATE TRANSLATED COMPLAINT IN DUPLICATE |

SERVICE NOTES

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| Forwarding Fee - International | | 250.00 |
| | SUB TOTAL | 250.00 |
| | PREPAID RETAINER | 250.00 |
| | AMOUNT DUE | 0.00 |

# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

TELEPHONE (617) 227-7031
FACSIMILE (617) 367-2988
EMAIL KCS@KCSLEGAL.COM
WWW.KCSLEGAL.COM

OF COUNSEL
DANIEL T.S. HEFFERNAN

AMY H. WEINSTEIN
MARYANN C. CASSIDY
LAUREL H. SIEGEL
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

March 22, 2004

Clerk
U.S. District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Blackwell Publishing, Inc., et al v. Federal State of Nordrhein-Westfalen,
      Germany, d/b/a ZBMED, et al
      U.S. District Court Civil Action No. 04-10050 NG

Dear Sir or Madam:

I enclose herein for docketing and filing the Certificate of Service on the Defendant in the above-entitled case.

Kindly acknowledge receipt by date stamping the enclosed copy of this letter and returning it in the enclosed self-addressed envelope.

With thanks for your attention,

Yours sincerely,

William S. Strong

WSS/nm
Enclosure

Wss/ElsZbmed/Clerk 03-22-2004