Miller and Korzenik LLP
David S. Korzenik, Esq. [DK1767]
Attorneys for Defendant
488 Madison Avenue, 11th Floor
New York, New York 10022
Tel.: 212-752-9200
Fax: 212-688-3996

UNITED STATES DISTRICT COURT for the
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------X
BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER B.V.,
WALTER de GRUYTER GmbH & CO. KG
MASSACHUSETTS MEDICAL SOCIETY
WILEY-LISS, INC.,
    and
WILEY PERIODICALS, INC.

                  Plaintiffs,                            **Civ. Action No: No. 04-10050 NG**

                  -against-                           STIPULATION
                                                     EXTENDING TIME
FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY, d/b/a ZBMED

                  Defendant.
-----------------------------------------------------------X

                **IT IS HEREBY STIPULATED AND AGREED** that the time for defendant

Federal State of Nordrhein-Westfalen, Germany, d/b/a/ ZBMed, to answer or to

otherwise move in response to the Summons and Complaint in this action be and

hereby is extended to and including May 7, 2004.

Dated:  New York, New York
           March 29, 2004

| | |
|---|---|
| MILLER AND KORZENIK, LLP | KOTIN, CRABTREE & STRONG, LLP |
| By: _____ | By: _____ |
| David S. Korzenik (DK1767) | William S. Strong, Esq., BBO #483520 |
| Attorneys for Defendant | Attorney for Plaintiffs |
| FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, d/b/a ZBMED | BLACKWELL PUBLISHING, INC., ELSEVIER, INC., ELSEVIER SCIENCE B.V., WALTER de GRUYTER GmbH & CO. KG, WILEY-LISS, INC., and WILEY PERIODICALS, INC. |
| 488 Madison Avenue, 11th Flr. New York, New York 10022 (212) 752-9200 (212) 688-3996 (fax) | Bowdoin Square Boston, MA 02114 (617) 227-7031 (617) 367-2988 (fax) |

SO ORDERED:

_____
U.S. District Judge