UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., ELSEVIER B.V., WALTER de GRUYTER GmbH & CO. KG, MASSACHUSETTS MEDICAL SOCIETY, WILEY-LISS, INC., and WILEY PERIODICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, d/b/a ZBMED,<br><br>Defendant. | CIVIL ACTION NO. 04-10050-NG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant Federal State of Nordrhein-Westfalen, Germany, d/b/a ZBMed in the above-entitled matter.

                                                                     _____
                                                                     Robert A. Bertsche, BBO #554333
                                                                     PRINCE, LOBEL, GLOVSKY & TYE LLP
                                                                     585 Commercial St.
                                                                     Boston, MA  02109
                                                                     (617) 456-8000

Dated: May 18, 2004