UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER, B.V.,
WALTER de GRUYTER GmbH & CO. KG,
MASSACHUSETTS MEDICAL SOCIETY,
WILEY-LISS, INC.,
　and
WILEY PERIODICALS, INC.,

Plaintiffs,

v.

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY, d/b/a ZBMED,
Defendant.

C.A. No. 04-10050-NG

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE, PURSUANT TO LOCAL RULE 83.5.3

Defendant Federal State of Nordrhein-Westfalen, Germany, d/b/a ZBMed ("ZBMed") and its attorney, Robert A. Bertsche, a member of the Bar of this Court, hereby move that David S. Korzenik of the firm Miller & Korzenik, who is a member in good standing of the Bar of the State of New York, be admitted *pro hac vice* to serve as counsel to ZBMed in this Court.

In support of this motion, ZBMed states that Miller & Korzenik has been representing Federal State of Nordrhein-Westfalen, Germany, d/b/a ZBMed with respect to this dispute, and is familiar with the issues raised by the Complaint. In further support of this motion, attached hereto is the Application to Appear Pro Hac Vice by David S. Korzenik Pursuant to LR 83.5.3, certifying to his qualifications to practice in this Court,

along with a certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.

WHEREFORE, defendant Federal State of Nordrhein-Westfalen, Germany, d/b/a ZBMed, respectfully requests that this motion for entry of appearance of David S. Korzenik *pro hac vice* be allowed.

FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, d/b/a ZBMED

By its attorneys,

_____
Robert A. Bertsche, BBO #554333
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial St.
Boston, MA  02109
(617) 456-8018
(617) 456-8100 (fax)

*Pro hac vice motion pending:*
David S. Korzenik, New York DK1767
MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Floor
New York, N.Y. 10022
(212) 752-9200
(212) 688-3996 (fax)

Dated:  May 18, 2004