UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER, B.V.,
WALTER de GRUYTER GmbH & CO. KG,
MASSACHUSETTS MEDICAL SOCIETY,
WILEY-LISS, INC.,
  and
WILEY PERIODICALS, INC.,

Plaintiffs,

v.

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY, d/b/a ZBMED,
Defendant.

C.A. No. 04-10050-NG

APPLICATION TO APPEAR PRO HAC VICE BY
DAVID S. KORZENIK PURSUANT TO LR 83.5.3

David S. Korzenik, Esq. hereby asks the Court for an order granting leave to appear in the above matter on behalf of Federal State of Nordrhein-Westfalen, Germany.

I, David S. Korzenik, Esq., certify that:

1.) I am a member of the bar in good standing in the state of New York, where I have been admitted to practice (see annexed Certificate of Good Standing);

2.) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3.) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that the Court grant an order for leave to appear and practice in the United States District Court for the District of Massachusetts in the above matter.

Dated: New York, New York
May 18, 2004

I certify under penalty of perjury that the foregoing is true and correct.

By: _____
David S. Korzenik (DK1767)

Attorneys for Defendant
FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY

MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Flr.
New York, New York 10022
(212) 752-9200
(212) 688-3996 (fax)

### Appellate Division of the Supreme Court
### of the State of New York
### First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DAVID S. KORZENIK

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 5th day of August, 1980 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 14, 2004



Catherine O'Hagan Wolfe
Clerk

6318