Miller and Korzenik LLP
David S. Korzenik, Esq. [DK1767]
Attorneys for Defendant
488 Madison Avenue, 11th Floor
New York, New York 10022
Tel.: 212-752-9200
Fax: 212-688-3996

UNITED STATES DISTRICT COURT for the
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------X
BLACKWELL PUBLISHING, INC.,                          :
ELSEVIER, INC.,                                      :
ELSEVIER B.V.,                                       :
WALTER de GRUYTER GmbH & CO. KG                      :
MASSACHUSETTS MEDICAL SOCIETY                        :
WILEY-LISS, INC.,                                    :
     and                                             :
WILEY PERIODICALS, INC.                              :
                                                     :
                    Plaintiffs,                      :   **Civ. Action No: No. 04-10050 NG**
                                                     :
             -against-                               :   STIPULATION
                                                     :   EXTENDING TIME
FEDERAL STATE OF NORDRHEIN-                          :
WESTFALEN, GERMANY, d/b/a ZBMED                      :
                                                     :
                    Defendant.                       :
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** that the time for defendant

Federal State of Nordrhein-Westfalen, Germany, d/b/a/ ZBMed, to answer or to

otherwise move in response to the Summons and Complaint in this action be and

hereby is extended to and including May 19, 2004.

Dated: New York, New York
       May 5, 2004

| | |
|---|---|
| MILLER AND KORZENIK, LLP | KOTIN, CRABTREE & STRONG, LLP |
| By: _____<br>David S. Korzenik (DK1767) | By: _____<br>William S. Strong, Esq., BBO #483520 |
| Attorneys for Defendant<br>FEDERAL STATE OF NORDRHEIN-<br>WESTFALEN, GERMANY, d/b/a ZBMED | Attorney for Plaintiffs<br>BLACKWELL PUBLISHING, INC.,<br>ELSEVIER, INC.,<br>ELSEVIER SCIENCE B.V.,<br>WALTER de GRUYTER GmbH & CO.<br>KG, WILEY-LISS, INC., and<br>WILEY PERIODICALS, INC. |
| 488 Madison Avenue, 11th Flr.<br>New York, New York 10022<br>(212) 752-9200<br>(212) 688-3996 (fax) | Bowdoin Square<br>Boston, MA 02114<br>(617) 227-7031<br>(617) 367-2988 (fax) |

SO ORDERED:

_____
U.S. District Judge

# MILLER AND KORZENIK, LLP
### 488 MADISON AVENUE   NEW YORK, N.Y. 10022
### (212) 752-9200

TELECOPIER
(212) 688-3996

May 7, 2004

**By Regular U.S. Mail**
The Honorable Nancy Gertner
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

**Re: Blackwell Publishing et al. v. Federal State of Nordrhein-Westfalen
Civil Action No. 04-10050 (NG) /United States District Court**

Dear Judge Gertner:

I represent the Federal State of Nordrhein-Westfalen – specifically, the German National Library of Medicine (the "Medical Library"). I submit this letter on behalf of counsel to all of the parties with the request that the attached Stipulation extending time to respond to the Complaint to May 19, 2004 be approved, "So Ordered" and filed.

The parties had previously stipulated to extend the Medical Library's time to answer or otherwise respond to the Complaint to May 7, 2004. Additional time is needed for the parties to examine settlement alternatives. Plaintiffs are currently evaluating an approach to settlement that has been proposed by defendant. The settlement approach is one that would resolve litigations in the U.S. and the U.K..

The prior extension was needed in part because the Director of the Medical Library, Mr. Ulrich Korwitz, who is my main contact with the client, had been recently hospitalized for several weeks. Plaintiffs' counsel join in this request.

I therefore respectfully request that the enclosed Stipulation Extending Time be "So Ordered" by the Court and filed with the Clerk's Office.

Respectfully Submitted,

David S. Korzenik

cc: William Strong, Esq.
    Kotin, Crabtree and Strong LLP
    (By Fax 617-367-2988)