UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

Check if previously referred _____

**BLACKWELL PUBLISHING, INC., et al**

V.                                    CA/CR No. 04-10050 -NG

**FEDERAL STATE OF NORDRHEIN-WESTFALEN**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **BOWLER** for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

**(B)   XX   Referred for full pretrial case management, not including dispositive motions:**

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

   (  ) Motion(s) for injunctive relief
   (  ) Motion(s) for judgment on the pleadings
   (  ) Motion(s) for summary judgment
   (  ) Motion(s) to permit maintenance of a class action
   (  ) Motion(s) to suppress evidence
   (  ) Motion(s) to dismiss
   (  ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(E)   Case referred for events only.  See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (  ) In accordance with Rule 53, F.R.Civ.P.
   (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   **Special Instructions:** _____

6/14/04                                       By:   /s/Maryellen Molloy
Date                                                Deputy Clerk

---

[1]

Case 1:04-cv-10050-NG     Document 10     Filed 06/14/2004     Page 2 of 2