# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING INC., ET AL,

        Plaintiff,

  v.

FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY,

        Defendant.

CA. NO.03-10378-MBB

## *NOTICE*

June 22, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:00 a.m., Friday, July 9, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

 

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**