UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC., )
ELSEVIER, INC., )
ELSEVIER B.V., )
WALTER de GRUYTER GmbH & CO. KG )
MASSACHUSETTS MEDICAL SOCIETY )
WILEY-LISS, INC., )
   and )
WILEY PERIODICALS, INC., )
                                   )  Civil Action No. 04-10050-NG
   Plaintiffs )
                                    )
v. )
                                    )
FEDERAL STATE OF NORDRHEIN- )
WESTFALEN, GERMANY, d/b/a ZBMED )
                                    )
   Defendant. )

**CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff and its counsel hereby certify that:

1)    The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2)    The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

1

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER SCIENCE B.V.,
WALTER de GRUYTER GmbH & CO. KG
WILEY-LISS, INC., and
WILEY PERIODICALS, INC.,
Plaintiffs,

By their attorneys,

Dated: July 22, 2004

_____
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

and by their duly authorized representatives:

_____
For Blackwell Publishing, Inc.


_____
For Elsevier, Inc.


_____
For Elsevier Science, B.V.


_____
For Walter de Gruyter GmbH & Co., KG


_____
For Wiley-Liss, Inc.

2

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER SCIENCE B.V.,
WALTER de GRUYTER GmbH & CO. KG
WILEY-LISS, INC., and
WILEY PERIODICALS, INC.,
Plaintiffs,

By their attorneys,

Dated: _____, 2004

_____
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

and by their duly authorized representatives:

_____
For Blackwell Publishing, Inc.

/s/ *[signature]*
For Elsevier, Inc.

/s/ *[signature]*
For Elsevier Science, B.V.

_____
For Walter de Gruyter GmbH & Co., KG

_____
For Wiley-Liss, Inc.

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER SCIENCE B.V.,
WALTER de GRUYTER GmbH & CO. KG
WILEY-LISS, INC., and
WILEY PERIODICALS, INC.,
Plaintiffs,

By their attorneys,

Dated: _____, 2004

_____
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

and by their duly authorized representatives:

_____
For Blackwell Publishing, Inc.

_____
For Elsevier, Inc.

_____
For Elsevier Science, B.V.

*[signature]*
_____
For Walter de Gruyter GmbH & Co., KG

_____
For Wiley-Liss, Inc.

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER SCIENCE B.V.,
WALTER de GRUYTER GmbH & CO. KG
WILEY-LISS, INC., and
WILEY PERIODICALS, INC.,
Plaintiffs,

By their attorneys,

Dated: _____, 2004

_____
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

and by their duly authorized representatives:

_____
For Blackwell Publishing, Inc.

_____
For Elsevier, Inc.

_____
For Elsevier Science, B.V.

_____
For Walter de Gruyter GmbH & Co., KG

_____/s/_____
For Wiley-Liss, Inc.

2

_____
For Wiley Periodicals, Inc.

## CERTIFICATE OF SERVICE

I, William S. Strong, certify that I have this day served the foregoing document by _____ upon defendant's counsel of record.

_____      _____
Date                                                William S. Strong

WSS/elsevier/zbmed/complaint

3

_____
For Wiley Periodicals, Inc.

_/s/ [signature]_____
For Massachusetts Medical Society

### CERTIFICATE OF SERVICE

I, William S. Strong, certify that I have this day served the foregoing document by ___[handwritten]___ upon defendant's counsel of record.

___[handwritten date]___          _/s/ William S. Strong_____
Date                               William S. Strong

WSS/elsevier/zbmed/complaint

3