UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BLACKWELL PUBLISHING, INC., )
ELSEVIER, INC., ELSEVIER B.V., )
WALTER de GRUYTER GmbH & CO. KG, )
MASSACHUSETTS MEDICAL SOCIETY, )
WILEY-LISS, INC., and )
WILEY PERIODICALS, INC., )
)
    Plaintiffs, ) CIVIL ACTION NO. 04-10050-NG
)
v. )
)
FEDERAL STATE OF )
NORDRHEIN-WESTFALEN, GERMANY, )
d/b/a ZBMED, )
)
    Defendant. )

---

## DEFENDANT'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, defendant Federal State of Nordrhein-Westfalen, Germany, d/b/a ZBMed, and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY, d/b/a ZBMED

By its attorneys,

David S. Korzenik, New York DK1767
MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Floor
New York, N.Y. 10022
(212) 752-9200
(212) 688-3996 (fax)
(Admitted *pro hac vice*)

Robert A. Bertsche, BBO #554333
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial St.
Boston, MA 02109
(617) 456-8018
(617) 456-8100 (fax)

By its duly authorized representative,

(New version will be filed once signature is received)
Deutsche Zentralbibliothek Fuer Medizin ("ZBMed")
Federal State of Nordrhein-Westfalen, Germany
By: Ulrich Korwitz

July 26, 2004

2