UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>ELSEVIER B.V., )<br>WALTER de GRUYTER GmbH & CO. KG )<br>MASSACHUSETTS MEDICAL SOCIETY )<br>WILEY-LISS, INC., )<br>and )<br>WILEY PERIODICALS, INC., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>FEDERAL STATE OF NORDRHEIN- )<br>WESTFALEN, GERMANY, d/b/a ZBMED )<br>)<br>Defendant. ) | Civil Action No. 04-100050-NG |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties hereby move to continue the status conference in this action to November 23, 2004 at 11 a.m.

As grounds for this motion, the parties state the following:

1. The status conference in this action was scheduled to take place October 20, 2004 at 10:30 a.m.

2. Lead counsel for Plaintiffs, William S. Strong, Esq., contacted the Court's clerk to request, on behalf of all of the parties, that the conference be postponed in light of progress made in ongoing settlement negotiations.

3. The Court's clerk indicated that the status conference could be continued until November 23, 2004 at 11 a.m. if an appropriate motion was filed with the Court.

1

WHEREFORE, the parties respectfully request that the Status Conference be rescheduled for Tuesday, November 23, 2004, at 11 a.m.

<div style="margin-left: 40%;">
BLACKWELL PUBLISHING, INC.,<br>
ELSEVIER, INC.,<br>
ELSEVIER SCIENCE B.V.,<br>
WALTER de GRUYTER GmbH & CO. KG<br>
WILEY-LISS, INC., and<br>
WILEY PERIODICALS, INC.,<br>
Plaintiffs,<br>
By their attorneys,
</div>

Dated: October 25, 2004

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq. (BBO #657201)
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY d/b/a ZBMED,
By its attorneys,

David S. Korzenik, New York DK1767
MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Floor
New York, NY 10022
(212) 752-9200
(212) 688-3996 (fax)
(Admitted *pro hac vice*)

Roberta A. Bertsche, BBO #554333
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial St.
Boston, MA 02109
(617) 456-8018
(617) 456-8100 (fax)

WSS/elsevier/zbmed/assented motion to continue

2