# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>ELSEVIER B.V., )<br>WALTER de GRUYTER GmbH & CO. KG )<br>MASSACHUSETTS MEDICAL SOCIETY )<br>WILEY-LISS, INC., )<br>    and )<br>WILEY PERIODICALS, INC., )<br>)<br>    Plaintiffs )<br>)<br>    v. )<br>)<br>FEDERAL STATE OF NORDRHEIN- )<br>WESTFALEN, GERMANY, d/b/a ZBMED )<br>)<br>    Defendant. ) | Civil Action No. 04-100050-NG |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties hereby move to continue the status conference in this action, previously scheduled for October 11, 2005, to November 16, 2005 at 2:45 p.m., or to any date thereafter that is convenient for the Court.

As grounds for this motion, the parties state the following:

1. The status conference in this action was scheduled to take place October 11, 2005 at 2:15 p.m.

2. Counsel for the parties contacted the Magistrate Judge's clerk, Dianalynn Saccoccio, by telephone, to request that the conference be postponed in light of the progress made in ongoing settlement negotiations. She requested that the parties file this Joint Motion with the Court to apprise the Court of their reasons and stated that the conference could be continued to November 16, 2005 at 2:45 p.m.

1

3.  The parties believe that they have reached agreement on all substantive settlement issues. The parties had hoped to reach resolution on those issues by the second week of October and circulate a Settlement Agreement for execution. However, given the complexity of the agreement and the number of parties involved, the Agreement has not been finalized to date. The parties hope to execute a final Settlement Agreement within the next two to three weeks.

WHEREFORE the parties respectfully request that the Status Conference be rescheduled for November 16, 2005 at 2:45 p.m., or any date thereafter.

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER SCIENCE B.V.,
WALTER de GRUYTER GmbH & CO. KG
WILEY-LISS, INC., and
WILEY PERIODICALS, INC.,
Plaintiffs,

By their attorneys,


/s/ William S. Strong
/s/ Amy C. Mainelli
Dated: October 7, 2005          William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY d/b/a ZBMED,

By its attorneys,

/s/ David S. Korzenik
David S. Korzenik, New York DK1767

2

MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Floor
New York, NY 10022
(212) 752-9200
(212) 688-3996 (fax)
(Admitted *pro hac vice*)

Robert A. Bertsche, BBO #554333
PRINCE, LOBEL, GLOVSKY & TYE,
LLP
585 Commercial St.
Boston, MA 02109
(617) 456-8018
(617) 456-8100 (fax)

WSS/elsevier/zbmed/joint motion to continue 10.7.05