UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>ELSEVIER B.V., )<br>WALTER de GRUYTER GmbH & CO. KG )<br>MASSACHUSETTS MEDICAL SOCIETY )<br>WILEY-LISS, INC., )<br>and )<br>WILEY PERIODICALS, INC., )<br>    )<br>   Plaintiffs    )<br>    )<br>   v.    )<br>    )<br>FEDERAL STATE OF NORDRHEIN- )<br>WESTFALEN, GERMANY, d/b/a ZBMED )<br>    )<br>   Defendant.    ) | Civil Action No. 04-10050-NG |

## JOINT MOTION FOR ENTRY OF THIRTY DAY ORDER

The parties hereby move for entry of a thirty day order, whereby this matter shall be administratively closed, pending the execution of a written settlement agreement and the filing of a stipulation of dismissal.

As grounds for this motion, the parties state the following:

1. A status conference in this action is scheduled to take place November 16, 2005 at 2:45 p.m.

2. Counsel for the parties contacted the Magistrate Judge's clerk by telephone, to request that the conference be taken off the Court's calendar because the parties have reached a settlement in principle, but request thirty days to memorialize said agreement in writing. He requested that the parties file this Joint Motion with the Court.

1

3. The parties believe that they have reached agreement on all settlement issues and intend to circulate a Settlement Agreement to parties in the United Kingdom, Germany and the U.S. for execution within the next two to three weeks.

4. Upon execution of the Settlement Agreement the parties intend to file a Stipulation of Dismissal with the Court and request that they be given thirty days to do so.

WHEREFORE the parties respectfully request that the Court enter a Thirty Day Order administratively closing this case until a Stipulation of Dismissal is filed.

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
ELSEVIER SCIENCE B.V.,
WALTER de GRUYTER GmbH & CO. KG
WILEY-LISS, INC., and
WILEY PERIODICALS, INC.,
Plaintiffs,

By their attorneys,

Dated: November 16, 2005

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY d/b/a ZBMED,

By its attorneys,

/s/ David S. Korzenik
David S. Korzenik, New York DK1767
MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Floor

        New York, NY 10022
        (212) 752-9200
        (212) 688-3996 (fax)
        (Admitted *pro hac vice*)

        /s/ Robert A. Bertsche
        Robert A. Bertsche, BBO #554333
        PRINCE, LOBEL, GLOVSKY & TYE, LLP
        585 Commercial St.
        Boston, MA 02109
        (617) 456-8018
        (617) 456-8100 (fax)

WSS/elsevier/zbmed/joint motion for 30 day order