# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC., ET AL
       Plaintiff

CIVIL ACTION

V.

NO.  04cv10050NG

FEDERAL STATE OF NORDRHEIN-WESTFALEN
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GERTNER,    D. J.

The Court having been advised on   11/16/2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

11/26/2005
Date

/s/ JENNIFER FILO
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)