UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC., ELSEVIER B.V.,
WALTER de GRUYTER GmbH & CO.
KG, MASSACHUSETTS MEDICAL
SOCIETY, WILEY-LISS, INC. and
WILEY PERIODICALS, INC.,

Plaintiffs,

v.                                                                Civil Action No. 04-10050-NG

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY, d/b/a
ZBMED,

Defendant.

### JOINT MOTION FOR ENLARGEMENT OF
### PERIOD TO FILE STIPULATION OF DISMISSAL

The parties hereby request that the Court enlarge by forty-five (45) days the period set by a prior thirty-day order to permit the parties to execute a written settlement agreement and file a stipulation of dismissal.

As grounds for this motion, the parties state the following:

1.   By joint motion filed November 16, 2005 (Docket No. 25), the parties notified the Court that they had reached agreement on all settlement issues and intended to circulate a settlement agreement to parties in the United Kingdom, Germany, and the United States for execution.

2.   The joint motion also requested that the Court issue a thirty-day order setting a period within which the parties could execute a written settlement agreement and file a stipulation of dismissal.

3.   The Court granted the joint motion on November 16, 2005, and on November 26, 2005 issued a Settlement Order of Dismissal (Docket No. 26).

4.  Since filing the joint motion, counsel for the defendant has had an extraordinary family emergency involving the death of a parent.

5.  This emergency, the upcoming holidays, and other difficulties associated with the execution of the settlement agreement by parties in other countries, have delayed and will delay the settlement process longer than the parties had anticipated.

6.  The parties believe that they will be able to execute an appropriate settlement agreement and to file a stipulation of dismissal of this action if the period set by the Court's Settlement Order of Dismissal is enlarged by forty-five (45) days. They therefore request that the period be enlarged accordingly.

WHEREFORE the parties respectfully request that the Court enlarge the period set by its Settlement Order of Dismissal so that the same shall expire at the close of business on January 30, 2006.

BLACKWELL PUBLISHING, INC., ELSEVIER, INC., ELSEVIER SCIENCE B.V., WALTER de GRUYTER GmbH & CO. KG, WILEY-LISS, INC., and WILEY PERIODICALS, INC.,

By their attorneys,

/s/ William S. Strong
/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY d/b/a ZBMED,

By its attorneys,

/s/ David S. Korzenik
David S. Korzenik, New York DK1767
MILLER AND KORZENIK, LLP
488 Madison Avenue, 11th Floor
New York, NY 10022
(212) 752-9200
(212) 688-3996 (fax)
(Admitted *pro hac vice*)

Robert A. Bertsche, BBO #554333
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial St.
Boston, MA 02109
(617) 456-8018
(617) 456-8100 (fax)

Dated: December 16, 2005