UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., ELSEVIER B.V., WALTER de GRUYTER GmbH & CO. KG, MASSACHUSETTS MEDICAL SOCIETY, WILEY-LISS, INC., and WILEY PERIODICALS, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, d/b/a ZBMED,<br><br>  Defendant. | CIVIL ACTION NO. 04-10050-NG |

**NOTICE OF CHANGE OF ADDRESS**

TO:   THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that effective April 14, 2006, the address of co-counsel for the defendant, Federal State of Nordrhein-Westfalen, Germany, d/b/a ZBMED, has changed as listed below.

Respectfully submitted,

FEDERAL STATE OF NORDRHEIN-
WESTFALEN, GERMANY, d/b/a ZBMED,

By their attorneys,


    /s/ Robert A. Bertsche
Robert A. Bertsche, BBO # 554333
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000


Dated:  May 18, 2006


> I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 18, 2006**.
>
>     /s/ Robert A. Bertsche
>     Robert A. Bertsche