UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., ELSEVIER B.V., WALTER de GRUYTER GmbH & CO. KG, MASSACHUSETTS MEDICAL SOCIETY, WILEY-LISS, INC., and WILEY PERIODICALS, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, d/b/a ZBMED, <br><br>    Defendant. | CIV NO. 04-10050-NG-MB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate and move that this action be dismissed with prejudice, each party to bear its own costs, provided however that the Court shall retain jurisdiction of this matter and the parties thereto for the purpose of enforcing the Settlement Agreement between them dated as of March 24, 2006.

Respectfully submitted,

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., ELSEVIER B.V., WALTER de GRUYTER GmbH & CO. KG, WILEY-LISS, INC., and WILEY PERIODICALS, INC., *Plaintiffs* | FEDERAL STATE OF NORDRHEIN-WESTFALEN, GERMANY, d/b/a ZBMED, *Defendant;* |

By their attorneys,

/s/ William S. Strong
William S. Strong, BBO #483520
Amy C. Mainelli, BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

By its attorneys,

/s/ David S. Korzenik
David S. Korzenik, New York DK1767
*(Admitted pro hac vice)*
MILLER KORZENIK SOMMERS, LLP
488 Madison Avenue, 11th Floor
New York, N.Y. 10022
(212) 752-9200

and

/s/ Robert A. Bertsche
Robert A. Bertsche, BBO #554333
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial St.
Boston, MA 02109
(617) 456-8000

Dated: May 22, 2006